Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
YOVANNY ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:21-cr-00104 TLN |
|---|---|---|
| Plaintiff, | ) ) | **REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43); ORDER** |
| vs. | ) ) ) | |
| YOVANNY ONTIVEROS, | ) ) | |
| Defendant. | ) ) ) | |

  Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant YOVANNY ONTIVEROS hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, specifically scheduled for Thursday, June 23, 2022, at 2:00 p.m.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present, and further agrees to be present in court ready for sentencing any day and hour the Court may fix in his absence.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1

**Request for Waiver of Defendant's Personal Presence**

Dated:  June 20, 2022                         /s/ Yovanny Ontiveros
                                              YOVANNY ONTIVEROS
                                              (Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated:  June 20, 2022                         /s/ Michael E. Hansen
                                              MICHAEL E. HANSEN
                                              Attorney for Defendant
                                              YOVANNY ONTIVEROS

### ORDER

I approve the above waiver of presence.  IT IS SO ORDERED.

Dated: June 21, 2022

_____
Troy L. Nunley
United States District Judge

**Request for Waiver of Defendant's Personal Presence**