John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Claimant
Rosa Luz Cebreros de Rojo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Yovanny Ontiveros,<br><br>　　　　　Defendant. | No.  2:18-CR-00175-TLN<br>　　　 2:21-CR-00104-TLN<br><br>**STIPULATION AND ORDER**<br><br>Date:  June 13, 2024<br>Time: 9:30 a.m.<br>Hon.  Troy L. Nunley |

　　　Claimant Rosa Luz Cebreros de Rojo, through counsel, John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Cameron Desmond, hereby stipulate and request that the Court vacate the hearing set on the government's motion for judgment of bond forfeiture on May 9, 2024 and set the following schedule:

　　　Claimant's response to government's motion
　　　　　for judgment of bond forfeiture:　　　　　　May 30, 2024

　　　Government's Reply:　　　　　　　　　　　　June 6, 2024

　　　Motion Hearing:　　　　　　　　　　　　　　June 13, 2024, at 9:30 a.m.

　　　The reason for this request is that defense counsel was recently appointed and needs additional time to prepare a response to the government's motion to forfeit bond.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  May 3, 2024

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
ROSELLE CIPRIANO

PHILLIP TALBERT
United States Attorney

Dated:  May 3, 2024

By:   /s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 6, 2024

Troy L. Nunley
United States District Judge

2